No. 412. WOODWARD ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 8th Cir. Certiorari granted. *Martin M. Cooney* for petitioners. *Solicitor General Griswold* for respondent.

No. 441. TOUSSIE *v.* UNITED STATES. C. A. 2d Cir. Certiorari granted. *Murray I. Gurfein* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Edward Fenig* for the United States.

No. 212. TRAMMELL *v.* ALABAMA. Ct. App. Ala. Certiorari denied. *William B. McCollough, Jr.,* for petitioner. *MacDonald Gallion,* Attorney General of Alabama, and *David W. Clark,* Assistant Attorney General, for respondent.

No. 307. GERBER *v.* FIRST NATIONAL BANK OF NEVADA, ADMINISTRATOR; and
No. 431. EL RANCO, INC., ET AL. *v.* FIRST NATIONAL BANK OF NEVADA, ADMINISTRATOR. C. A. 9th Cir. Certiorari denied. *Frank Rothman* for petitioner in No. 307, and *Samuel S. Lionel* and *Burton Marks* for petitioners in No. 431. *Morton R. Galane* for respondent in both cases. Reported below: 406 F. 2d 1205.

No. 375. WARE *v.* MINNESOTA. Sup. Ct. Minn. Certiorari denied. *Wayne G. Popham* for petitioner.

No. 391. FITZGERALD ET AL. *v.* FREEMAN ET AL. C. A. 7th Cir. Certiorari denied. *John O'C. Fitzgerald, pro se,* and for other petitioner.